MICHAEL A. PIESCIK, ESQ
Nevada Bar No.:  13224
THE LAW OFFICE OF MICHAEL PIESCIK, PLLC
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, Nevada 89169
Tel:  702-499-3566
E-mail:  michael.piescik@gmail.com
*Attorney for Plaintiff Peter J. Novak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER J. NOVAK | Case No.:  2:21-cv-02166-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE MOTIONS AND ORDER** |
| JOHN T. KELLEHER, ESQ; KELLEHER & KELLEHER LLC | **(First Request)** |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Defendants John T. Kelleher Esq., Kelleher & Kelleher LLC and Plaintiff Peter J. Novak (the "Parties"), through their respective attorneys of record, that the Parties have agreed to extend the time period to respond to Defendants' Amended Motion to Dismiss, which was filed on February 9, 2022 with the response due on February 23, 2022, until March 2, 2022.  This is the first stipulation for extension to file a response to Defendants' Amended Motion to Dismiss since the parties are discussing settling the dispute to resolve the matter.

Page 1 of 2

IT IS SO STIPULATED.

Dated:     February 23, 2022.         SMITH & SHAPIRO, PLLC

    /s/ Michael D. Rawlins
Michael D. Rawlins
Nevada Bar No. 5467
3333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
*Attorneys for Defendants, John T. Kelleher Esq. and Kelleher & Kelleher*

Dated:     February 23, 2022          The Law Office of Michael Piescik PLLC

MICHAEL A. PIESCIK, ESQ
Nevada Bar No.: 13224
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
(702) 499-3566
E-mail:  michael.piescik@gmail.com
*Attorney for Plaintiff Peter J. Novak*

IT IS HEREBY ORDERED that pursuant to the Stipulation, Plaintiff's response to Defendants' Amended Motion to Dismiss shall be extended to March 2, 2022.

IT IS SO ORDERED:

James C. Mahan
United States District Judge

Dated: February 25, 2022